# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-01920-RGK-MAA | Date | April 02, 2019 |
|---|---|---|---|
| Title | *Mendoza v. Savage Servs. Corp.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order Remanding Action to State Court

On February 14, 2019, Joshua Mendoza ("Plaintiff") filed this action against Savage Services Corporation ("Defendant") alleging violations of California Labor Code § 2698 *et seq.*, otherwise known as the Private Attorneys General Act ("PAGA"). On March 15, 2019, Defendant removed the action to this Court alleging jurisdiction on the grounds of diversity of citizenship.

Pursuant to 28 U.S.C. § 1332, district courts shall have original jurisdiction over any civil action in which the parties are citizens of different states and the action involves an amount in controversy that exceeds $75,000. After a plaintiff files a case in state court, the defendant attempting to remove the case to federal court bears the burden of proving the amount in controversy requirement has been met. *Lowdermilk v. United States Bank Nat'l Ass'n*, 479 F.3d 994, 998 (9th Cir. 2007). If the complaint does not allege that the amount in controversy has been met, the removing defendant must supply this jurisdictional fact in the Notice of Removal by a preponderance of the evidence. *Gaus v. Miles, Inc.*, 980 F.2d 564, 566-567 (9th Cir. 1992).

Here, Plaintiff does not plead a specific dollar amount in the Complaint. In its Notice of Removal, Defendant estimates the amount in controversy for the PAGA claims to be $22,450 in total. Nevertheless, Defendant argues that the amount in controversy is met because this action arises from the same events as another action previously before this Court—*Mendoza v. Savage Services Corp.*, No. 2:19-cv-00122-RGK ('the First Action"). Defendant contends that the Court should consolidate this action with the First Action and find that the amount-in-controversy exceeds $75,000.

The First Action, however, was remanded on March 19, 2019, and it is no longer before the Court. Thus, based on Defendant's estimated amount in controversy for the PAGA claim, Defendant has failed to satisfy its burden that the amount in controversy meets the jurisdictional requirement.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-01920-RGK-MAA | Date | April 02, 2019 |
|---|---|---|---|
| Title | *Mendoza v. Savage Servs. Corp.* | | |

Accordingly, the action is hereby **REMANDED** to state court for all further proceedings.

**IT IS SO ORDERED.**

:

Initials of Preparer